**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Magistrate Judge David L. West**

Criminal Case No.  14-CR-00259-MSK-DLW

UNITED STATES OF AMERICA,

Plaintiff,

vs.

1.  NUVIA YISSELL HERNANDEZ DE CHADBORN,

Defendant.

---

### ORDER RE: REPORT ON OFFENDER UNDER SUPERVISION

---

**ORDER ENTERED BY MAGISTRATE JUDGE DAVID L. WEST**

The Probation's Report on Offender Under Supervision was referred to the Magistrate Judge by Chief Judge Marsha S. Krieger on October 1, 2015, therefore:

**IT IS HEREBY ORDERED** that a hearing is scheduled before the Magistrate Judge in Durango, Colorado on October 15, 2015 at 9:00 a.m. to consider the Defendant's compliance with the terms and conditions of her supervision.

**IT IS FURTHER ORDERED** Defendant and her counsel's presence is required at the hearing.

**DATED: October 5, 2015.**

                                            **BY THE COURT:**

                                            **s/David L. West**
                                            **United States Magistrate Judge**